IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TIMOTHY MARTIN, *Plaintiff*, | § § § | |
| v. | § § | Case No. 4:13-cv-387 |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, and GREG BERTAND, *Defendants.* | § § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On October 31, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion to Remand (Dkt. 8) be DENIED.

No objections to the report were filed. The court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

Therefore, Plaintiff's Motion to Remand (Dkt. 8) is **DENIED**.

**IT IS SO ORDERED.**

SIGNED this the 28th day of March, 2014.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE